UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

In Re: **Karen E Johnson** : Case # 05-63404

: Chapter 13

: Judge Caldwell

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.

Dated: 04/20/2010 /s/ Frank M Pees
Frank M. Pees
Chapter 13 Trustee

Name and Address | Amount

America's Urgent Care
C/O Global Collection Agency
1875 Tamarack Circle
Columbus, OH 43229 $ 10.83